IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY DARNELL DIAL,<br><br>                Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES - CHILD SUPPORT ENFORCEMENT DIVISION, DOUGLAS COUNTY COURT, JOHN DOE 1, Director of DHHS CSE; JANE DOE 2, Clerk of Douglas County Court; JOHN DOE 3, Presiding Judge in Plaintiff's child support case; and JOHN DOE 4, Enforcement Officer/Caseworker;<br><br>                Defendants. | 8:25CV556<br><br>**MEMORANDUM AND ORDER** |

    Plaintiff Anthony Darnell Dial, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

    Dated this 30th day of September, 2025.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court