IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY DARNELL DIAL,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES - CHILD SUPPORT ENFORCEMENT DIVISION,<br><br>                    Defendant. | 8:25CV556<br><br>ORDER |

      This matter is before the Court on its own motion.  On November 13, 2025, Plaintiff filed a pleading titled "Complaint for a Civil Case," Filing No. 14, which did not include the present case number for this case, but did include the named defendant in this action, as well as new defendants, and deals with the same subject matter as his two previous complaints, i.e. the child support enforcement actions against Plaintiff. *Compare* Filing Nos. 1 *and* 13, *with* Filing No. 14.  Upon review, Plaintiff is advised that the Court construes his "Complaint for a Civil Case" as a second amended complaint intended for filing in this case and has docketed it as such.  However, Plaintiff is warned that he must include his case number (8:25CV556) on any document that he wants to file in this case.  *See* NECivR 10.1(a)(3) ("All documents after the pleading initiating a proceeding must also show the correct docket number.").

      IT IS THEREFORE ORDERED that:

      1.    The Court will consider Plaintiff's "Complaint for a Civil Case," Filing No. 14, as a second amended complaint.  Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether

summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this review in its normal course of business.

2. Plaintiff must include his case number (8:25CV556) on any future document that he wants to file in this case. **Failure to include the case number may result in the document being returned to Plaintiff without filing.**

Dated this 14th day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge